UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OF
DISTRICT COURT ... .Y.

SEP 12 2016

_____

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

          Plaintiff,

        -against-

LOCAL 1181,
AMALGAMATED TRANSIT UNION,

         Defendant.
_____

**STIPULATED SETTLEMENT
AGREEMENT AND ORDER**

15-CV-0665 (DRH)(GRB)

WHEREAS, plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Secretary") commenced this action by filing a complaint in this Court, and defendant Local 1181-1061, Amalgamated Transit Union ("Local 1181"),[1] appeared by counsel and answered; and

WHEREAS, the Secretary and Local 1181 (the "Parties") wish to resolve this action without further litigation; and

WHEREAS, the Parties hereby agree to enter into this Stipulated Settlement Agreement and Order to fully and finally settle this matter without any admissions of liability or wrongdoing on the part of Local 1181 or any of its officers; and

WHEREAS, the Parties hereby agree that this Stipulated Settlement Agreement and Order shall not constitute an admission of liability or be admitted into evidence, save for a matter brought by either party to enforce this Stipulated Settlement Agreement and Order; and

WHEREAS, the Secretary and Local 1181 agree as follows:

NOW THEREFORE, it is hereby STIPULATED and ORDERED that:

1. Local 1181 shall conduct its next scheduled election of officers, including new nominations (collectively, the "2016 election"), under the supervision of the Secretary.

2. Local 1181 shall use its best efforts, as determined by the Secretary, to provide the Secretary with an updated and accurate list of the names and last known home addresses for all Current Members of Local 1181. "Current Members" shall include all members of Local 1181 regardless of their eligibility to vote in the election. Such efforts shall include, but are not limited to, the following:

    a. Local 1181 shall compile a Current Member mailing list from readily available sources having the most accurate address information. Such sources may include, but are not limited to, the employee benefit plans.

---

[1] The proper name of the defendant is Local 1181-1061, named in the caption as Local 1181.

*Perez v. Local 1181*, 15-CV-0665 (DRH)(GRB)
Stipulated Settlement Agreement and Order dated August 17, 2016

b. Local 1181 shall provide an accurate and current voter eligibility list as of 8 a.m. on the date of the ballot tally.

3. Local 1181 shall hire a third-party election services company to conduct the notice and balloting processes. The election service or a mailing service will mail or cause to be mailed a notice of nominations and election to all members, including those not in good standing, by October 6, 2016.

4. All aspects of the 2016 election will be conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 (the "Act") and, so far as lawful and practicable, in conformity with the Bylaws of Local 1181 and the Constitution and General Laws of the Amalgamated Transit Union.

5. All decisions as to the interpretation or application of Title IV of the Act, which relate to the supervised election, are to be determined by the Secretary or his representative. Such decisions in all matters shall be final, subject to challenge in this Court.

6. The 2016 election shall be completed by December 15, 2016.

7. The Court shall retain jurisdiction of this action. After completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected; that such election was conducted in accordance with Title IV of the Act, and, so far as lawful and practicable, that the election was conducted in conformity with the provisions of the Bylaws of Local 1181 and the Constitution and General Laws of the Amalgamated Transit Union. Upon approval of such certification, the Court shall enter a Final Judgment declaring that such persons have been elected as shown by such certification.

8. Upon the Court's entry of a Final Judgment declaring that such persons have been elected as shown by the Secretary's certification, the persons elected during the supervised 2016 election shall be installed in office as soon as practicable, and such persons shall serve a two and a half year term in office concluding on or about June 30, 2019, consistent with the requirements of the Bylaws of Local 1181 and the Constitution and General Laws of the Amalgamated Transit Union. The subsequent regularly scheduled election of officers shall be held in June 2019, for a three year term.

*Perez v. Local 1181*, 15-CV-0665 (DRH)(GRB)
Stipulated Settlement Agreement and Order dated August 17, 2016

9. Each Party hereby agrees to bear its own fees including attorney's fees, costs, and other expenses incurred by such Party in connection with any stage of this proceeding.

IT IS HEREBY AGREED:

Dated: Brooklyn, New York
       August 17, 2016

ROBERT L. CAPERS                      MEYER, SUOZZI, ENGLISH &
United States Attorney                KLEIN, P.C.
Eastern District of New York          Attorneys for Defendant
Attorney for Plaintiff                Local 1181-1061,
Thomas E. Perez, Secretary of Labor,  Amalgamated Transit Union, AFL-CIO
United States Department of Labor


By: _____           By: _____
John Vagelatos (JV 2063)              Robert Marinovic (RM 9926)
Assistant United States Attorney      1350 Broadway, Suite 501
271-A Cadman Plaza East               New York, New York 10018
Brooklyn, New York 11201              (212) 239-4999
(718) 254-6182


SO ORDERED this 12th day of September, 2016.


HONORABLE DENIS R. HURLEY
UNITED STATES DISTRICT JUDGE