UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWARD C. HUGLER,[1]
Acting Secretary of Labor,
United States Department of Labor,

                    Plaintiff,

    -against-

LOCAL 1181,
AMALGAMATED TRANSIT UNION,

                 Defendant.

**CERTIFICATION OF ELECTION**

15-CV-0665 (DRH)(GRB)

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulated Settlement Agreement and Order entered September 12, 2016, in the United States District Court for the Eastern District of New York, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

---

[1] Edward C. Hugler is the Acting Secretary of Labor, United States Department of Labor and, therefore, should be substituted as a party pursuant to the Fed. R. Civ. P. 25(d).

| | |
|---|---|
| Michael Cordiello | President/Business Agent |
| Jean Claude Calixte | Financial Secretary-Treasurer |
| Tomas Fret | Vice President |
| Jimmy Hedge | Recording Secretary |
| Georges Saint-Victor | Executive Board Member #1 |
| Renee Jean Louis | Executive Board Member #2 |
| Anthony Cordiello | Executive Board Member #3 |
| Vinny Buttaro | Executive Board Member #4 |
| Fred Andreani | Executive Board Member #5 |
| Robin Bendetto | Executive Board Member #6 |
| Ed Cusano | Executive Board Member #7 |
| Joe Micciulli | Executive Board Member #8 |
| John Deloatch | Executive Board Member #9 |

Signed this 31st day of January, 2017.

Sharon Hanley, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor